In the Matter of DOMINICK GIAQUINTO, Appellant, v COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH, Respondent, et al., Respondent.

Submitted March 17, 2008; decided March 20, 2008

Motion by Empire Justice Center for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

ELAINE PACHTER, Respondent, v BERNARD HODES GROUP, INC., Appellant.

Submitted March 17, 2008; decided March 20, 2008

Motion by National Retail Federation for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.